Jordan Spencer JACOBS,
Plaintiff–Appellant,

and

Gerard H. Bencen, Sanctioned
Party–Appellant,

and

Timothy H. Van Dyke, Sanctioned
Party–Appellant,

v.

NINTENDO OF AMERICA, INC.,
Defendant–Appellee.

No. 05–1193, 05–1194.

United States Court of Appeals,
Federal Circuit.

April 25, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

Gregory RUFFIN, Petitioner,

v.

DEPARTMENT OF THE TREASURY,
Respondent.

No. 04–3457.

United States Court of Appeals,
Federal Circuit.

April 26, 2005.

ORDER

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.